## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. 17.1(A):

**2010–0442.   Lowes Homes Cntrs., Inc. v. Wood Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2006-H-1136.

**2010–0449.   State ex rel. Voleck v. Powhatan Point Bd. of Public Affairs.**
Belmont App. No. 08-BE-33, 2010-Ohio-615.
The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. 17.1(E):

**2010–0211.   State ex rel. Baker v. Coast to Coast Manpower L.L.C.**
Franklin App. No. 09AP-287, 2009-Ohio-6663.

## CASE ANNOUNCEMENTS

*March 25, 2010*

[Cite as *03/25/2010 Case Announcements #3*, 2010-Ohio-1230.]

## MOTION AND PROCEDURAL RULINGS

**2010–0330.   State ex rel. Gaylor, Inc. v. Goodenow.**
In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for writs of mandamus and prohibition. Upon consideration of respondents' motion to require relator to give a bond and emergency motion for expedited briefing schedule,
     It is ordered by the court that the motions are denied.
     PFEIFER, J., dissents and would grant the motions.
     CUPP, J., would defer ruling on the motion for bond until relator files a response and would direct the parties to submit a proposed expedited briefing schedule.

**2010–0367.   State ex rel. LetOhioVote.org v. Brunner.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relators' motion for protective order, and the motion for protective order and for sanctions of New Models,
     It is ordered by the court that the motions for protective order are granted, and the motion for sanctions will be considered at the time of the merits determination.
     PFEIFER, J., dissents and would deny the motions for protective order.

**2010–0415.   State ex rel. New Models v. Brunner.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relators' motion for protective order and for sanctions, and the motion for protective order of LetOhioVote.org,
     It is ordered by the court that the motions for protective order are granted, and the motion for sanctions will be considered at the time of the merits determination.
     PFEIFER, J., dissents and would deny the motions for protective order.

**2010–0421.   State ex rel. Cummings v. Brunner.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of New Models' motions for protective order and for sanctions, and the motion for protective order of LetOhioVote.org,
     It is ordered by the court that the motions for protective order are granted, and the motion for sanctions will be considered at the time of the merits determination.
     PFEIFER, J., dissents and would deny the motions for protective order.